UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROLAND MA,

    Plaintiff,

v.

DEPARTMENT OF EDUCATION, et al.,

    Defendants.

CASE NO. C19-0399-RAJ

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

The Court requires further information to consider plaintiff's application to proceed *in forma pauperis* (IFP). (Dkt. 1.) Plaintiff indicates total yearly income in the amount of $9,827.46 and total yearly expenses in the amount of $14,565.00, but does not explain how he pays for the expenses exceeding his income. He omits information regarding financial resources previously reported in a different case filed in this Court. *See Ma v. University of Southern California*, C18-1778-JCC (Dkt. 4 at 1) ("Parents pay for HOA dues"). He fails to indicate whether and in what amounts he possesses in cash on hand and in checking and savings accounts. (*See* Dkt. 1 at 2.) In addition, plaintiff indicates he "just made the first payment" on an automobile, and appears to indicate he pays a monthly amount of $427.00 towards that

MINUTE ORDER
PAGE - 1

purchase. (*Id*.)

The Court is concerned plaintiff is not providing complete information regarding his financial status. Plaintiff must submit a revised IFP application within **twenty (20) days** of the date of this Order. He must provide complete and detailed information, with specifics as to his income, any benefits, gifts or inheritances, or other sources of money, including money or other support received from family members. Plaintiff must also provide a detailed description of his monthly expenses, including specific monthly amounts paid towards housing and his vehicle, as well as a more detailed breakdown of all of his other monthly expenses. If plaintiff's expenses exceed the amount of income and other financial support plaintiff receives, he must explain how he meets his expenses. Failure to comply with this request may result in denial of IFP and/or dismissal.

DATED this 21st day of March, 2019.

WILLIAM M. MCCOOL, Clerk

By: s/ Tomas Hernandez
Deputy Clerk

MINUTE ORDER
PAGE - 2