THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA, | CASE NO. C19-0399-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEPARTMENT OF EDUCATION and UNIVERSITY OF SOUTHERN CALIFORNIA, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to seal (Dkt. No. 45). Plaintiff asks the Court to "seal all information that is associated with Plaintiff's application to proceed in forma pauperis, such as financial records." (*Id*.) It is entirely unclear to the Court which documents in the record Plaintiff believes should be sealed. Nor has Plaintiff articulated a sufficient basis to seal such records. The motion is DENIED.

DATED this 6th day of May 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0399-JCC
PAGE - 1