THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA, | CASE NO. C19-0399-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEPARTMENT OF EDUCATION and UNIVERSITY OF SOUTHERN CALIFORNIA, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 64) of the Court's order denying Plaintiff's motion for leave to appeal *in forma pauperis* (Dkt. No. 63).

Motions for reconsideration are generally disfavored. W.D. Wash. Local Civ. R. 7(h)(1). Reconsideration is only appropriate where there is "manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." *Id.* "'A motion for reconsideration should not be used to ask the court to rethink what the court had already thought through—rightly or wrongly.'" *Premier Harvest LLC v. AXIS Surplus Insurance Co.*, No. C17-0784-JCC, Dkt. No.

61 at 1 (W.D. Wash. 2017) (quoting *U.S. v. Rezzonico*, 32 F. Supp. 2d 1112, 1116 (D. Ariz. 1998)).

Plaintiff has neither demonstrated a manifest error in the Court's prior order nor presented new facts or legal authority which could not have been brought to the Court's attention earlier with reasonable diligence. Therefore, Plaintiffs' motion for reconsideration (Dkt. No. 64) is DENIED. The Court will not entertain additional motions for reconsideration regarding these prior rulings.

DATED this 17th day of May 2019.

                                   William M. McCool
                                   Clerk of Court

                                   s/Tomas Hernandez
                                   Deputy Clerk