THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROLAND MA, | CASE NO. C19-0399-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEPARTMENT OF EDUCATION and UNIVERSITY OF SOUTHERN CALIFORNIA, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The status conference currently scheduled for July 16, 2019 is hereby STRICKEN. No later than July 12, 2019, the parties shall file a proposed scheduling order. The order shall include a proposed trial date (with an estimated trial length), and a proposed deadline for the parties to conduct mediation pursuant to Local Civil Rule 39.1. After receiving the parties' proposed scheduling order, the Court shall set all other pretrial deadlines by subsequent order. The parties are ORDERED to meet and confer prior to filing a proposed scheduling order.

//

//

MINUTE ORDER
C19-0399-JCC
PAGE - 1

DATED this 2nd day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk