UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA, | CASE NO. C19-0399-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEPARTMENT OF EDUCATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on two recent fillings by Plaintiff Roland Ma, a motion for settlement conference and a praecipe (Dkt. Nos. 94, 95). Judgment was issued and this case was closed on July 16, 2019. (Dkt. No. 80). The case is currently on appeal to the Ninth Circuit. (*See* Dkt. No. 82.) Thus, the Court no longer has jurisdiction over the case. The Clerk is DIRECTED to terminate the pending motion (Dkt. No. 94).

DATED this 18th day of October 2019.

William M. McCool<br>Clerk of Court<br><br>s/Tomas Hernandez<br>Deputy Clerk